No. 78–67.   Trustees of Boston University v. National Labor Relations Board et al.   C. A. 1st Cir.   Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *NLRB* v. *Yeshiva University,* 444 U. S. 672 (1980).